# STEVEN J. CHIROGIANIS - A.I.A.

240 Overlook Road     New Rochelle, NY 10804

Tel.\Fax  (914) 235-3439


10 October 2008

*11/20/08*
*2 pm*

Mr. Spiros Moshopoulos
52-21 Browvale Lane
Little Neck, NY 11362

**Re: 737 White Plains Road**
**_Eastchester, New York_**

Dear Mr. Moshopoulos:

Since my last invoice to you dated 11 March 2005, I have performed the
following work and paid for expenses as indicated below.

Designed and Drafted the following:

1.   Office Building – 11,000 s.f. – (5) drawings – Variance required due
     to car count (10-17-05).

2.   Office Building – 9,400 s.f. (5) drawings – Variance not required
     (11-12-05).

3.   Retail Building by right – 1,650 s.f. - (1) drawing
     Variance not required (12-17-05).

4.   Retail building by right 2,993 s.f. – (1) drawing
     Located at rear of property; rear yard Variance required (12-20-05).

5.   Office Building – 9,996 s.f. (5) drawings
     Variance required due to car count (1-9-06).

6.   Retail Stores (5) 3,008 s. f. – (2) drawings
     Variance not required (4-17-06).

7.   Retail Stores (6) 3,008 s. f. (2) drawings - Plan & Elevations (5-21-06).

8.   Retail Stores (6) 3,008 s.f. – (1) drawing - Revised Elevation (8-17-06).

9.   Retail Stores (6) Revised the above 3,008 s.f. (1-7-08).

10.  Retail Stores (6) Revised the above 3,008 s.f. (3-10-08).

11.  Retail Stores (6) Revised the above 3,008 s. f. (4-9-08).

12.  Retail Stores (6) Revised the above 2,632 s.f. (6-4-08).

13.  Retail Stores (6) Revised the above 2,632 s.f. (7-2-08).

14.  Retail Stores (6) Revised the above 2,856 s.f. (8-14-08).

15.  Retail Stores (6) Revised the above 2,856 s.f. (9-19-08).

<u>Board Meetings Attended</u>:

1.   Planning (11-16-05)
2.   Planning (11-30-05)
3.   Planning (1-28-06)
4.   Zoning (5-9-06) applied for Variance
5.   Planning (5-24-06)
6.   Zoning (10-10-06) received Variance
7.   A.R.B. (9-6-07) Approved by A.R.B.          9 x 3 = 27 x $160 =
8.   Planning (11-28-07) applied for approval
9.   Planning (6-25-08) received approval          4,320

Informal meetings with Department of Buildings and Development Department were held during the course of the application. To the best of my reasoning, they would be about twenty.

By being selective, and interviewing several Water Management and Landscape Engineers, I was able to save approximately $15,000 in fees.

Expenses:

| | | | | | |
|---|---|---|---|---|---|
| 1. | Blueprints | | | $ | 950.00 |
| 2. | Postage | Zoning 2006 | $ 41.76 | | |
| | | A.R.B. 2007 | 41.68 | | |
| | | Planning 2007 | 41.68 | | 125.00 |
| 3. | Newspaper | Zoning 2006 | $ 41.00 | | |
| | | A.R.B. 2007 | 46.75 | | |
| | | Planning 2007 | 46.75 | | 134.50 |
| 4. | Pictures | Zoning 2006 | $ 58.00 | | |
| | | A.R.B. 2007 | 58.00 | | |
| | | Planning 2007 | 32.00 | | 148.00 |
| 5. | Fees | Planning (3-4-05) | $ 500.00 | | |
| | | Zoning (4-25-06) | 500.00 | | |
| | | A.R.B. (8-23-07) | 750.00 | | |
| | | Planning (11-13-07) | 500.00 | | 2,250.00 |
| 6. | Traffic Flow design | | | | 500.00 |
| 7. | Drafting (no mark-up) | | | | 5,600.00 |
| 8. | Rendering | | | | 850.00 |
| 9. | Architectural fee – March 2005 to Sept. 2008 | | | | $19,200.00 |

Total of the above      $ 29,757.00

Sincerely,

*[signature]*

Steven J. Chirogianis