## STEVEN J. CHIROGIANIS - A.I.A.
240 Overlook Road    New Rochelle, NY 10804
Tel.\Fax (914) 235-3439

17 December 2008

Mr. Spiros Moshopoulos
52-21 Browvale Lane
Little Neck, NY 11362

**Re: 737 White Plains Road
    Eastchester, New York**

Dear Mr. Moshopoulos:

As per our telephone conversation of December 15, it is understood that the monies past due will be paid to me upon your receiving this proposal for finishing the above referenced project.

The scope of work is 2,670± s.f. of gross floor area on the First Floor and the same area in the Basement.

Prepared drawings shall consist of a complete set of Architectural, Structural and Mechanical (Plumbing, Electrical, HVAC) in order to go to bid with contractors and file with the Department of Buildings for approval.

The fee for all of the above services shall be $32,550.00.

The Payment Schedule shall be as follows:

| | | |
|---|---|---:|
| 1. | Retainer | $ 2,550.00 |
| 2. | Preliminary Design Phase of all (Architectural, Structural, Mechanical) | 9,000.00 |
| 3. | During Completion of 50% of Construction Documents Phase | 10,000.00 |
| 4. | During Completion of 100% of Construction Documents Phase | 10,000.00 |
| 5. | Dept. of Buildings filing phase | 1,000.00 |

During the Preliminary Design and Construction Documents Phase, billing shall be at intervals as work progresses. Payment shall be received within fourteen (14) days in order to allow us to continue working on the project.

The above fee does not include any of the following:

1. Surveyors' work as required.
2. Borings and/or subsurface exploration.
3. Construction supervision.
4. All required fees to be paid.
5. Cost of construction drawings (blueprints).

The Structural Engineer's fee is based on a standard design and does not include the finding of rock formations or ground water which will require special design input.

Compensation for changes and additional services shall be as follows:

1. At a factor of 2.0 times technical staff salary costs.
2. At a factor of 1.1 times the following: printing, blueprints, messenger service, postage and all other out-of-pocket expenses.

Architect and staff payroll costs:

| | |
|---|---|
| Principal: factor of 1.0 | $160.00/hr. |
| Associate Architect: factor of 2.0 | 60.00/hr. |
| Draftsman: factor of 2.0 | 40.00/hr. |
| Office Personnel: factor of 2.0 | 20.00/hr. |

If this proposal meets with your approval, please indicate your acceptance of same by signing and dating this document in duplicate. Please retain a copy for your records.

Sincerely,

Steven J. Chirogianis

**Agreed to & Accepted:**

**EPSILON MANAGEMENT INC.**

By:_____
    Spiros Moshopoulos

Dated: _____

# STEVEN J. CHIROGIANIS - ARCHITECT
240 Overlook Road    New Rochelle, NY 10804
Tel:/Fax (914) 235-3439

## FACSIMILE COVER SHEET

To: *Mr. Gus Dimopoulos*      Fax #: *472-5074*

Company: _____

From *SJC*

No. Of Pages Sent *3* (including cover sheet)

Reference: *737 White Plains Road*

Comments: _____

_____

_____

_____

_____

_____

_____

**If you experience any problems with this transmittal, please call (914) 235-3439.**